IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE TYPE: ______________________

B. Bros. Packaging, Inc., d/b/a Fox Packaging Co., a Minnesota corporation; and Fox Packaging of New England, LLC, a Minnesota limited liability company,

Plaintiffs,

vs.

South/Win Ltd., a North Carolina corporation, William H. DuBose and Blaine DuBose,

Defendants.

FILE NUMBER: 01-CV-955 JMR/FLN

**STIPULATION AND ORDER RELATING TO DEFENDANTS' RESPONSES TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that all above-named defendants may have to and including July 9, 2001, within which to move, answer or otherwise respond to the Complaint in this action. This stipulation and order, together with any proceedings contemplated herein, are without prejudice to the defenses of any defendant, including, without limitation, any defense of lack of personal jurisdiction or improper venue.

Dated: June 19, 2001

MOSS & BARNETT
A Professional Association

By ______________________
Curtis D. Smith (#102313)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR PLAINTIFF B. BROS. PACKAGING, INC., d/b/a FOX PACKAGING CO., and FOX PACKAGING OF NEW ENGLAND, LLC**

FILED JUN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 6/18/01

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By C. Blaine Harstad

C. Blaine Harstad (#41658)
Kacy F. Kleinhans (#247765)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

**ATTORNEYS FOR DEFENDANTS, SOUTH/WIN LTD., WILLIAM H. DUBOSE AND BLAINE DUBOSE**

**SO ORDERED:**

Date: June 26, 2001

Franklin L. Noel
United States Magistrate Judge

GP:803432 v1