UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

B Bros Packaging, Inc., et al.,

Plaintiffs,

v.

South/Win Ltd., et al.,

Defendants.

Civil No. 01-955 ~~JMR/FLN~~ RHK/JMM

ORDER

---

Curtis D. Smith for the Plaintiffs.
C. Blaine Harstad and Kacy C. Klieinhans for the Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 13, 2001, on Plaintiffs' Motion to Compel Discovery and Enforce Compliance [#28], and Defendants' Motion to Compel [#30].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's objections to the interrogatories are OVERRULED;

2. Plaintiffs' Motion to Compel Discovery and Enforce Compliance [#28] is **GRANTED** to the extent Ordered from the Bench at the Hearing;

   a. In particular, the Motion is Granted in so far as it seeks to compel a further response to Plaintiffs' Interrogatories Nos. 2, 3, 7, 10, 13, 14, 15, 17, 21, 23, 24 and 28.

   b. The Motion is Granted in so far as it seeks to compel a further response to Plaintiffs' Document Requests Nos. 22 and 23.

   c. The Defendants answers to Interrogatories and Document Requests are to be



FILED NOV 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

supplemented on or before December 1, 2001.

3. If, after good faith discussions the parties are still unable to resolve these disputes, the plaintiff may renew the motion. The Court will not hesitate to impose the sanctions contemplated by Fed.R.Civ.P. 37(a)(4) upon the party whose conduct necessitated the motion.

Defendants' Motion to Compel [#30] is continued by request of Defendants' counsel.

DATED: Nov. 26, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge