UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

B. Bros. Packaging, Inc., d/b/a
Fox Packaging, et al.,

Plaintiffs,

Civil No. 01-955 (RHK/JMM)

vs.

**ORDER**

South/Win Ltd., et al.,

Defendants.

---

No Objections having been filed with respect to the November 1, 2001, Report and Recommendation of Chief Magistrate Judge Franklin L. Noel, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 35) is **ADOPTED**; and

2. Defendants' Motion to Dismiss Counts IV and V of the Complaint (Doc. No. 9) is **DENIED**.

Dated: December 3, 2000

RICHARD H. KYLE
United States District Judge

DEC 03 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK