**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

B. Bros. Packaging, Inc., d/b/a
Fox Packaging, et al.,

Plaintiffs,

Civil No. 01-955 (RHK/JMM)

vs.

**ORDER**

South/Win Ltd., et al.,

Defendants.

---

Before the Court is Plaintiffs' appeal from that part of paragraph 14 of Chief Magistrate Judge Franklin L. Noel's October 31, 2001, Order Governing the Treatment of Confidential Material, which provides:

> Therefore, the awardable damages for any material violation of this Order by the disclosure or misuse of Confidential Discovery Materials, whether intentional or inadvertent or otherwise, shall be presumed to be $25,000.00.

Defendants characterize the foregoing as "merely a presumptive amount that remains expressly subject to the Court's discretion . . ." and "merely . . . notice of the framework under which any future violation will be handled . . .". This Court is of the opinion that it is much more and places an improper burden on a party violating or misusing "confidential discovery materials," with respect to the monetary sanction which might be imposed. In the view of the undersigned, a determination of the form or monetary amount of a sanction should be determined without presumptions.

DEC 03 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

The Court finds the provision appealed from to be clearly erroneous. Accordingly, the Order (Doc. No. 34) appealed from is **REVERSED IN PART** and the objected to part of paragraph 14 of the October 31, 2001 Order is **STRICKEN**:

> Therefore, the awardable damages for any material violation of this Order by the disclosure or misuse of Confidential Discovery Materials, whether intentional or inadvertent or otherwise, shall be presumed to be $25,000.00.

In all other respects, the October 31, 2001 Order (Doc. No. 34) is **AFFIRMED**.

Dated: December 3, 2000

RICHARD H. KYLE
United States District Judge