**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

B Bros Packaging Inc.
dba a Minnesota Corporation,
ETAL

Plaintiffs,

vs. CV 01-955 RHK/JMM

South/Win LTD., a North
Carolina corporation,
etal

Defendants.

**NOTICE OF MOTION HEARING**

The Plaintiff's Motion for Partial Summary Judgment is re-scheduled to Wednesday, March 6, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

February 11, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FEB 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK