**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

B BROS PACKAGING INC.
ETAL

Plaintiff,

vs. CV 01-955 RHK/JMM

SOUTH/WIN LTD, etal

Defendant.

**NOTICE OF MOTION HEARING**

The Motion for Partial Summary Judgment has been re-scheduled to Monday, February 25, 2002, at 8:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

February 19, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed FEB 19 2002
Richard D. Sletten, Clerk

By: