UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

B. BROS. PACKAGING INC. and FOX PACKAGING OF NEW ENGLAND LLC,

Plaintiffs,

v.

SOUTH/WIN LTD., WILLIAM H. DUBOSE and BLAINE DUBOSE,

Defendants.

CIVIL NO. 01-955 (RHK/JMM)

ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on March 26, 2002 at 10:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Each party shall also be present. A duly authorized officer or managing agent of each party shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Trial counsel shall meet in person with one another on or before March 15, 2002 to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before March 19, 2002, a letter providing a reasoned, itemized computation of each element of the alleged damages with

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

respect to (a) Counts I and II of the Complaint, (b) the remaining Counts in the Complaint, and (c) the allegations in the Counterclaims. The letter shall also include a statement of the parties' respective settlement positions at the conclusion of the meeting, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: February 28, 2002

JOHN M. MASON
United States Magistrate Judge