UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

B. BROS. PACKAGING INC. and FOX PACKAGING OF NEW ENGLAND LLC,

Plaintiffs,

v.

SOUTH/WIN LTD., WILLIAM H. DUBOSE and BLAINE DUBOSE,

Defendants.

CIVIL NO. 01-955 (RHK/JMM)

ORDER/NOTICE OF HEARING

This matter is before the Court for pretrial consideration, in accordance with the provisions of Rule 16 of the Federal Rules of Civil Procedure. It appearing to the Court that it may be appropriate to separate for pretrial and trial purposes the claims set forth in Count I (Breach of Contract) and Count II (Account Stated) of Plaintiffs' Complaint, pursuant to the provisions of Rule 42 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED AS FOLLOWS:

1. No later than March 8, 2002, Plaintiffs shall deliver and file such Motions, Memoranda, Affidavits, proposed Order, and other pleadings as are appropriate to represent Plaintiffs' point of view as to whether the Court should issue such an Order;

2. No later than March 18, 2002, Defendants shall deliver and file such Memoranda, Affidavits, proposed Order, and other pleadings as are appropriate to represent Defendants' point of view as to whether the Court should issue such an Order;

FEB 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiffs may Reply no later than March 21, 2002.

4. Oral argument will be heard before the undersigned on March 26, 2002 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

5. At said hearing, the Court will also hear argument with respect to Plaintiffs' Motion to Compel.

Dated: February 28, 2002

JOHN M. MASON
United States Magistrate Judge