IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| B. Bros. Packaging, Inc., d/b/a Fox Packaging Co., a Minnesota corporation; and Fox Packaging of New England, LLC, a Minnesota limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>South/Win Ltd., a North Carolina corporation, William H. DuBose and Blaine DuBose,<br><br>Defendants. | FILE NUMBER: 01-CV-955 RHK/JMM<br><br>ORDER FOR DISMISSAL AND RETURN OF MONEY DEPOSITED |

Based upon the Stipulation of the parties, through their respective counsel,

IT IS HEREBY ORDERED that all claims and counterclaims in the above-entitled action shall be and hereby are dismissed with prejudice and without costs to any party.

IT IS FURTHER ORDERED that that the money deposited by Defendant South/Win, Ltd. as security for the preliminary injunction be released to South/Win, Ltd.

Dated: 4/29, 2002.

Richard H. Kyle
Judge of U.S. District Court

APR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

496459/1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| B. Bros. Packaging, Inc., d/b/a Fox Packaging Co., a Minnesota corporation; and Fox Packaging of New England, LLC, a Minnesota limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>South/Win Ltd., a North Carolina corporation, William H. DuBose and Blaine DuBose,<br><br>Defendants. | FILE NUMBER: 01-CV-955 RHK/JMM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND RETURN OF MONEY DEPOSITED WITH THE COURT |

The above-entitled action having been duly compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this action, through their respective undersigned attorneys, that all claims and counterclaims in the above-entitled action may be and hereby are dismissed upon the merits with prejudice and without costs to any party and that the Court may enter judgment herein dismissing the above-entitled action with prejudice upon the merits, without costs to any party and without notice to the parties or their attorneys.

Additionally, the parties stipulate and agree that the Court shall order that the money deposited by Defendant South/Win, Ltd. as security for the preliminary injunction be released to South/Win, Ltd.

496459/1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 26, 2002.

MOSS & BARNETT
A Professional Association

By ______________________
Curtis D. Smith (#102313)
Peter A. Koller (#150459)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
Facsimile: (612) 339-6686

and

Dated: April 26th, 2002.

MEAGHER & GEER, P.L.L.P.

By ______________________
Kenneth W. Dodge (#2319X)
Kristine M. Boylan (#284634)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
Telephone: (612) 338-0661
Facsimile: (612) 338-8384

**Attorneys for Plaintiffs**

Dated: April 26, 2002.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By ______________________
C. Blaine Harstad (#41658)
Kacy F. Kleinhans (#247765)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: (612) 343-2800
Facsimile: (612) 333-0066

**Attorneys for Defendants**